USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

ISAAC FLETCHER, et al.,

Defendants.

19 CR 800(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter), with the consent of counsel for defendant Isaac Fletcher, requests that the initial conference originally scheduled for Monday, December 23, 2019 at 5:30 p.m. be adjourned. The conference shall be scheduled for January 10, 2020 at 9:00 a.m.

Both the government and counsel for the defendant consent to an exclusion of the adjourned time from the Speedy Trial Act to January 10, 2020.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated: New York, New York
6 January 2020

Victor Marrero
U.S.D.J.



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 23, 2019

**BY FAX**
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-6382

Re: **United States v. Isaac Fletcher, 19 CR 800 (VM)**

Dear Judge Marrero:

The parties respectfully and jointly request that the initial conference in this case, originally scheduled for this afternoon, be rescheduled for 9:00 a.m. on January 10, 2020. Further, because the parties are engaged in plea negotiations, the Government, with the consent of the defendant, respectfully requests that all speedy trial time between today and the January 10, 2020 pretrial conference – or until whichever date the Court chooses for a pretrial conference – be excluded in the interest of justice, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). I have conferred with Karl A. Scully, Esq., counsel for the defendant, who consents to these requests.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Jonathan E. Rebold
Assistant United States Attorney
(212) 637-2512

CC: Karl A. Scully (by email)