UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------ x
                               :
UNITED STATES OF AMERICA       :      19 Cr. 800 (VM)
                               :
          - v. -               :      ORDER
                               :
ISAAC FLETCHER,                :
     a/k/a "Flo,"              :
                               :
               Defendant.      :
                               :
------------------------------ x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on March 11, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         March 23, 2022

_____
Victor Marrero
U.S.D.J.