**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/22
```

UNITED STATES OF AMERICA,

        -against-

ISAAC FLETCHER,

        Defendant.

**19 CR 800 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

The sentencing hearing for defendant Isaac Fletcher is adjourned to August 5, 2022, at 2:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
            June 22, 2022

                                 Victor Marrero
                                   U.S.D.J.