**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/1/22
```

UNITED STATES OF AMERICA,

        -against-

ISAAC FLETCHER,

        Defendant.

**19 CR 800 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The sentencing hearing for defendant Isaac Fletcher is adjourned to September 9, 2022, at 3:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
            August 1, 2022

_____
Victor Marrero
   U.S.D.J.