**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/22
```

UNITED STATES OF AMERICA,

        -against-

ISAAC FLETCHER,

        Defendant.

**19 CR 800 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The Court received a letter from the defendant Isaac Fletcher requesting a substitution of counsel. The Court hereby schedules a conference on August 26, 2022, at 2:00 PM, to address Fletcher's request.

**SO ORDERED.**

Dated: August 15, 2022
       New York, New York

                              _____
                                VICTOR MARRERO
                                   U.S.D.J.