**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2022
```

UNITED STATES OF AMERICA,

   -against-       **19 CR 800 (VM)**

ISAAC FLETCHER,          ORDER

     Defendant.

**VICTOR MARRERO, U.S.D.J.:**

  Given the representation from counsel, B. Alan Seidler, that he has been retained to represent the defendant in future proceedings, and his notice of appearance, (Dkt. Nos. 79, 81), the Court hereby cancels the August 26, 2022, status conference meant to address the defendant's request to terminate previous counsel, Karl Scully.

**SO ORDERED.**

Dated: August 16, 2022
    New York, New York

                  _____
                   VICTOR MARRERO
                    U.S.D.J.