LAW OFFICE
OF
**B. ALAN SEIDLER**

REPLY TO:
PO BOX 528
PALISADES, NY 10964

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

August 19, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/2022
```

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

By ECF

re: USA v. Fletcher
19 cr 800 (VM)

Dear Judge Marrero;

I write to your Honor to request an adjournment of Fletcher's September 9, 2022, sentencing to a date on, or after October 31, 2022, for several reasons. I respectfully request there be no case scheduling between October 26-28, when I will be in Los Angels for a family reunion.

Fletcher hired me to represent him for the balance of his case proceedings, and I filed my Notice of Appearance on 8-1-2022.

I will begin an approximate two and one-half weeks trial on August 25th, in Part 22 of the NYS Supreme Court, New York County before Justice Statsinger in People v. Spain, wherein the defendant is charged with 2 murders and an attempt/murder.

Fletcher advises me that he did not receive the PSI until August 3, 2022, when I mailed him a copy. Prior attorney Karl Scully has received 3 emails from me, a voice message, and a letter from Fletcher requesting that Fletcher's case file be sent to me. For reasons unknown to me Mr. Scully has not done so. I need that case file in order to properly prepare for the Fletcher sentencing.

Thank you.

Respectfully,

B. Alan Seidler

---

Request **GRANTED**. The sentencing hearing for defendant Isaac Fletcher is adjourned from September 2, 2022, to November 4, 2022, at 2:00 p.m.

**SO ORDERED.**

August 22, 2022

Victor Marrero
U.S.D.J.