USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/04/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    - against -<br><br>ISAAC FLETCHER,<br><br>                    Defendant. | **19 Crim. 800 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO**, United States District Judge.

     The sentencing hearing for defendant Isaac Fletcher scheduled for November 4, 2022, is hereby adjourned until November 10, 2022, at 10:00 a.m.

**SO ORDERED.**

Dated:    4 November 2022
            New York, New York

                                                _____
                                                  Victor Marrero
                                                    U.S.D.J.