USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/06/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

               Plaintiff,

- against -

ISAAC FLETCHER,

               Defendant.

---

**19 Cr. 800 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Pursuant to defense counsel's request (Dkt. No. 98), the Court hereby recommends that the Bureau of Prisons allow Defendant, Isaac Fletcher ("Fletcher"), to remain at the Metropolitan Detention Center for a period of sixty (60) days from the date of this Order to assist his attorney in the preparation of his appeal. The Clerk is directed to terminate the motion pending at Docket No. 98.

**SO ORDERED.**

Dated:    6 December 2022
            New York, New York

                                        _____
                                           Victor Marrero
                                              U.S.D.J.