**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/08/2023
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **19 Cr. 800 (VM)** |
| - against - | **ORDER** |
| ISAAC FLETCHER, | |
| Defendant. | |

**VICTOR MARRERO, United States District Judge.**

Pursuant to defense counsel's request (Dkt. No. 102), the Court recommends that the Bureau of Prisons continue custody of the defendant, Isaac Fletcher, at the MDC during preparation of the appeal for 60 days from the date of this Order. Defense counsel is directed to submit within 30 days from the date of this Order an update as to the status for filing of the appeal. The Clerk is directed to terminate the motion at Dkt. No. 102.

**SO ORDERED.**

Dated:     8 February 2023
           New York, New York

_____
            Victor Marrero
            U.S.D.J.

1